UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| VITACOST.COM, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUVENON, INC., a California corporation, and ALLAN PRAGER, an Individual,<br><br>Defendants. | Case No.   C 06 02308 SI<br><br>**[PROPOSED] ORDER GRANTING STIPULATED STAY** |

Pursuant to the stipulation entered into by the parties, and good cause having been shown,

**IT IS HEREBY ORDERED** that:

1. From the date of entry of this order, all proceedings in this action shall be stayed until September 22, 2006, to coincide with the stay in related case *Juvenon, Inc. and The Regents of the University of California v. Vitacost.com, Inc.*, C-04-4804 SI.

2. Upon termination of this stay, this action shall revert to its status as of the date of entry of this stay, and dates shall be re-calendared at a Case Management Conference to be held on September 22, 2006.

[PROPOSED] ORDER RE STIPULATION FOR STAY; CASE NO. C 06 02308 SI    1

pa-1061156

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____        _____
                                    Honorable Susan Illston
                                    United States District Court Judge