IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VITACOST.COM INC,

        Plaintiff,

  v.

JUVENON, INC., ET AL.,

        Defendants.

No. C 06-2308 SI

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE ADMINISTRATIVELY CLOSED**

    The parties to this action, which is related to *Juvenon, Inc. v. Vitacost.com, Inc.*, No. C 04-4804, are hereby ORDERED **to show cause in writing to be filed on or before August 17, 2007**, why this action should not be administratively closed on the same basis and for the same reasons as apply to the related action.

**IT IS SO ORDERED**.

Dated: August 6, 2007

                                          SUSAN ILLSTON
                                          United States District Judge