IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VITACOST.COM INC,

          Plaintiff,

   v.

JUVENON, INC., ET AL.,

          Defendants.
                                      /

No. C 06-2308 SI

**ORDER OF ADMINISTRATIVE CLOSURE**

In accordance with this Court's order dated August 6, 2007, this action is ordered ADMINISTRATIVELY CLOSED, on the same basis and for the same reasons as apply to the related action, *Juvenon, Inc. v. Vitacost.com, Inc*., No. C 04-4804. This administrative closure is without prejudice to re-institution when/if the PTO proceedings are finalized and the relevant claims remain intact.

**IT IS SO ORDERED**.

Dated: October 12, 2007

                                              SUSAN ILLSTON
                                            United States District Judge